|   |   |
|---|---|
| | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DAVIS, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>DIGESTIVE HEALTH CENTER, LLC, a Nevada limited liability corporation, dba DIGESTIVE HEALTH ASSOCIATES; and DOES 1 through 20;,<br><br>        Defendants. | Case No. 3:18-cv-00267-LRH-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

///

///

///

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case

Dated: December 19, 2018                    Dated: December 19, 2018


/s/Kenneth K. Ching                         /s/Sandra Ketner
KENNETH K. CHING                            SANDRA KETNER
DICKINSON WRIGHT PLLC                       LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                     Attorneys for Defendant
JESSICA DAVIS                               DIGESTIVE HEALTH ASSOCIATES, LLC
                                            (improperly named as "DIGESTIVE HEALTH
                                            CENTER, LLC")

**ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
Dated this 21st day of December, 2018.